IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

```
Eric C. Wolf                    )
     plaintiff                  )
                                )
     v.                         )     JURY TRIAL DEMANDED
                                )
Warden, Marty C. Anderson       )
Barbara Fox                     )     5:05-0436
Janene Bullock                  )
Ms. J. Kirkland                 )
Dr. Dominik McLain D.O.         )
     defendants                 )
-------------------------------
```

FILED MAY 27 2005
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

FILING OF COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

1. PREVIOUS LAWSUITS

    A. There are no other Lawsuits in state or federal court dealing with the same facts involved in this action, or otherwise relating to my imprisonment.

2. My place of present confinement is at FCI Beckley, Beaver, WV. 25813.

    A. FCI Beckley maintains a prisoner grieviance procedure.

    B. I have presented the facts relating to my complaint in the Federal Grievance Procedure.

    C. I have followed through full administrative remedy, starting from 8 1/2 to an 11 (Washington D.C.).

    D. In all Administrative Remedies I was denied any relief.

3. PARTIES

    A. Eric C. Wolf 07252-032 (Plaintiff) P.O. Box 350, Beaver, WV. 25813.

    DEFENDANTS

    B. Warden Marty C. Anderson is employed as Warden at FCI Beckley, P.O. Box 1280, Beaver, WV. 25813.

    Barbara Fox is employed as Unit Manager, at FCI Beckley, P.O. Box 1280, Beaver, WV. 25813.

    Janene Bullock is employed at FCI Beckley, P.O. Box 1280, Beaver, WV. 25813, as Case Manager.

1

Ms. J. Kirkland is employed as Health Services Administrator at, FCI Beckley P.O. Box 1280, Beaver, WV. 25813.

Dr. Dominik McLain D.O. is employed as Clinical Director at FCI Beckley, P.O. Box 1280, Beaver, WV. 25813.

4. STATEMENT OF CLAIM

Upon my incarceration here at FCI Beckley, I had advised defendants, and staff members that I am 100% disabled American Veteran an deemed by a panel of VA doctors as being Unemployable, due to the injuries I received in the military. Upon my first visit to Dr. McLain D.O. I had advised him of my injuries, and the pain I was suffering from. I had requested a permenant no work status, but was refused. Upon his refusal I began my Administrative Remedies, which started with my Unit Team members, Barbara Fox, and Janene Bullock. I was advised by my Unit Team that if I refused to work, that I would be placed in Punitive Segregation (Punishment). I continued with Administrative Remedy (9) by voicing my complaint to Warden, Marty C. Anderson, who also advised me that refusal to work would be severelly punishable, and that it is considered a serious infraction, which could lead to loss of many of my priviledges. I had then spoke with Ms. J. Kirkland, who is Health Services Administrator, and again requested assistance in receiving permanent no work status because it was agitating my injuries, she had refused my request. At this present time I have Tort claims filed against the defendants in this matter, and am awaiting reply before filing my § 1983.

5. RELIEF

I would respectfully request that the courts grant my Preliminary Injunction ordering the defendants to place me on permanant no work status. And ask for a Declaratory judgement.

Signed this 8th day of April, 2005

Eric C. Wolf 07252-032

2


I declare under penalty of perjury that the foregoing is true and Correct.

_____
Eric C. Wolf 07252-032

Signed this 8th day of April, 2005